FOR THE
DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 AUG 18 PM 4: 12

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | Criminal No. 1:03CR00573-01-WPJ |
| | ) | ALBUQUERQUE |
| FITZGERALD YOUNGER | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

This matter coming before the Court finds that in the best interest of justice that the defendant's term of supervised release is terminated based upon information provided by the United States Probation Office.

IT IS HEREBY ORDERED that the term of supervised release in the above captioned cause imposed on August 18, 2004, is terminated.

HONORABLE WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE

254