UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO
*PECOS COURTROOM*
CLERK'S MINUTES
BEFORE THE HONORABLE LORENZO F. GARCIA

DEFENDANTS: Rondale Gaskin

TYPE OF HEARING: Preliminary/Detention Hrg
CASE NO. 12-MJ-2038 & 03-573 WJ
DATE 8/28/12

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA: Samuel Hurtado
DEFENSE: Jerry Walz  ( ) APPT ( ) RET
( ) APPT ( ) RET
( ) APPT ( ) RET
( ) APPT ( ) RET

PTS/PROB OFFICER: A. Escobedo/J. Gomez
INTERPRETER:

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| Liberty-PECOS | | | |
| @ 9:52 am | Court - initial hrg advised | | |
| | Walz - waive hrg | | |
| | Court - questions deft | | |
| 10:01 am | END | | |

**DATE OF ARREST:**

**HEARING RESULTS/FINDINGS:** initial/appearance on the petition for revocation of supervised release; knowing willing freely and voluntarily waive the hearing; Probable Cause found; deft remanded to custody of USMS; Ready for a revocation hearing on the petition case