FILED
At Albuquerque NM

AUG 28 2012

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,       )
                                )
       Plaintiff,               )
                                )
       vs.                      )     CR NO. 03-573 WJ
                                )
   Rondale Gaskin,              )
                                )
       Defendant.               )

## MOTION FOR DETENTION HEARING

Pursuant to 18 U.S.C. § 3142(e), Plaintiff moves the Court to conduct a detention hearing and thereafter order that defendant be detained prior to trial, and as grounds therefor states:

That defendant is a flight risk and a danger to the community.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

JAMES D. TIERNEY
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 346-7274